ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

LEIF DAUTCH (CABN 283975)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7534
    FAX: (415) 436-7234
    Leif.Dautch@usdoj.gov

Attorneys for United States of America

**FILED**

Aug 21 2023

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> CHRISTOPHER GONZALEZ NUNEZ, <br><br> Defendant. | NO. 23-mj-71223-MAG-1 <br><br> STIPULATED MOTION TO CONTINUE HEARING, FINDINGS OF EXCLUDABLE TIME PERIOD, AND ORDER |

    Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Northern District of California and Assistant United States Attorney Leif Dautch, and defendant Christopher Gonzalez Nunez ("Defendant"), by and through his counsel of record, Lewis Romero, hereby stipulate as follows:

    1.    On August 11, 2023, the United States filed a Criminal Complaint charging Defendant with being a felon in possession of a firearm and ammunition, in violation of 18 U.S.C. § 922(g)(1).

    2.    On August 16, 2023, Defendant made his initial appearance before Magistrate Judge Donna M. Ryu, and was arraigned on the Criminal Complaint. A detention hearing and status on

preliminary hearing was scheduled for August 21, 2023.

3. Since that time, the government has produced discovery and extended a plea offer. The parties are close to finalizing a resolution of the case that would involve Defendant being granted a short-term release while on location monitoring before self-surrendering for the remainder of his case.

4. Additionally, on Saturday, August 19, 2023, counsel for Defendant notified the government that he has had a death in the family and needs to travel to Southern California before the scheduled hearing on August 21, 2023.

5. In light of counsel's unavailability and the substantial progress the parties have made toward resolution of both the substantive charge and the issue of detention, counsel for the United States and counsel for Defendant now jointly stipulate and request to continue the August 21, 2023 status on preliminary hearing and detention hearing in the instant matter until Friday, September 8, 2023, at 10:30 a.m., before the Hon. Kandis A. Westmore. The parties also jointly request that the hearing be converted to an arraignment on information and status on detention. The requested continuance is necessary to ensure the appearance of defense counsel, and for the parties to finalize a resolution of the case and a short-term release plan.

6. Defense counsel represents that his client understands that he has a right under 18 U.S.C. § 3161(b) to be charged by information or indictment with the offense alleged in the pending criminal complaint within 30 days of his arrest. His client knowingly and voluntarily excludes time under 18 U.S.C. § 3161(b) for the period between August 21, 2023, and September 8, 2023, inclusive. Defense counsel further represents that his client knowingly and voluntarily waives the timing for preliminary hearing under Federal Rule of Criminal Procedure 5.1 through September 8, 2023.

7. For purposes of computing the date under Rule 5.1 of the Federal Rules of Criminal Procedure for the preliminary hearing, and the date under the Speedy Trial Act by which defendants must be charged by indictment or information, the parties agree that the time period of August 21, 2023, and September 8, 2023, inclusive, should be excluded pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), because the delay results from a continuance granted by the Court at the parties' joint request, on the

basis of the Court's finding that the continuance is necessary for the effective preparation and availability of counsel.

The undersigned Assistant United States Attorney certifies that he has obtained approval from counsel for the defendant to file this stipulation and proposed order.

**IT IS SO STIPULATED.**

|  |  |
|---|---|
|  | ISMAIL J. RAMSEY<br>United States Attorney |
| Dated:  8/19/2023 | */s/ Leif Dautch*<br>**LEIF DAUTCH**<br>Assistant United States Attorney |
|  | */s/ Lewis Romero* (signed with permission)<br>**LEWIS ROMERO**<br>Counsel for Defendant Christopher Gonzalez Nunez |

### ORDER

Based upon the facts set forth in the stipulation of the parties and for good cause shown, the Court finds that failing to exclude the time from August 21, 2023, and September 8, 2023 would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by excluding the time from August 21, 2023, and September 8, 2023 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.

Therefore, with the consent of the defendant, and taking into account the public interest in the prompt disposition of criminal cases, the Court finds good cause exists for extending the time limits for a preliminary hearing under Federal Rule of Criminal Procedure 5.1 and for extending the 30-day time period for an indictment under the Speedy Trial Act (based on the exclusions set forth above).  *See* Fed.

1  R. Crim. P. 5.1; 18 U.S.C. § 3161(b).

2  With the consent of the parties, IT IS HEREBY ORDERED that the time from August 21, 2023,
3  and September 8, 2023 shall be excluded from computation under the Speedy Trial Act (18 U.S.C. §
4  3161(h)(7)(A), (B)(iv); 18 U.S.C. § 3161(b)) and the time limits for conducting a preliminary hearing
5  are extended under Rule 5.1(d) of the Federal Rules of Criminal Procedure.  The matter is reset from
6  August 21, 2023, to September 8, 2023, at 10:30 a.m., for status on detention and arraignment on
7  information.

8  **IT IS SO ORDERED.**

10  DATED:  August 21, 2023



HON. DONNA M. RYU
CHIEF MAGISTRATE JUDGE

STIPULATION AND REQUEST TO CONTINUE STATUS CONFERENCE/DETENTION
HEARING, AND TO EXCLUDE TIME AND ORDER
Case No. 23-mj-71223-MAG-1                                                                     8/19/2023